922

No. 71–5937. Bowring v. Slayton, Penitentiary Superintendent. C. A. 4th Cir. Certiorari denied.

No. 71–5938. Barone v. Mancusi, Correctional Superintendent. Ct. App. N. Y. Certiorari denied.

No. 71–6146. Tasby v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–6163. Augello v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–6165. Higgins v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–6166. Peterkin et al. v. United States. Ct. App. D. C. Certiorari denied.

No. 71–6168. Castanon v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–6170. Soots et ux. v. Panaro. Sup. Ct. Del. Certiorari denied.

No. 71–6171. Pizzo v. United States. C. A. 3d Cir. Certiorari denied.

No. 71–6172. Malone v. United States. C. A. 3d Cir. Certiorari denied.

No. 71–6173. Cole v. United States. C. A. 8th Cir. Certiorari denied.

No. 71–6175. Beyer v. United States. C. A. 3d 3d Cir. Certiorari denied.